# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M10 | F5514500 | B. Henderson | 2465 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 7/25/2024 230 | 36 CFR 261.54 F |

**Place of Offense**
Little Joe Road FS 282

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Operating a vehicle carelessly, recklessly or without regard for rights and safety of others, or at a speed that would likely damage property

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| King | Benjamin | J |

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 545674B | MT | 99 | Dodge Dakota | | Dark Green |

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 300.00  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT AT →** $ 330.00  Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy
*F5514500*
FS-5300-4 (7/2022)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 4th, 2024 while exercising my duties as a law enforcement officer in the Judicial District of Montana

See Attached PC

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/4/2024   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident. PASS= 9 or more passenger vehicle
CDL= Commercial drivers license. CMV= Commercial vehicle involved in incident