# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M10 | F5426610 | B. Henderson | 2465 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC □ State Code |
|---|---|
| 7/25/2024  2300 | 36 CFR 261.54D |

Place of Offense: Little Joe Road FS 282

Offense Description: Factual Basis for Charge  HAZMAT □

Failure to report an accident.

**DEFENDANT INFORMATION**

Last Name: King
First Name: Benjamin
M.I.: J

Tag No: 545674B
State: MT
Year: 99
Make/Model: Dodge Dkta
PASS □
Color: D. Green

APPEARANCE IS REQUIRED
A □ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 65.00  Forfeiture Amount
+ $30  Processing Fee
$ 95.00  Total Collateral Due

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy
*F5426610*  FS-5300-4 (1/2021)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **August 4th**, 20**24** while exercising my duties as a law enforcement officer in the **Judicial** District of **Montana**

See Attached PC

The foregoing statement is based upon:
□ my personal observation
☒ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/4/2024                 [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle;
CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident